IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 13 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. '08 - CV - 01711

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JOSE L. SANCHEZ-HERNANDEZ,

Applicant,

v.

J. M. WILNER, Warden, FCI Florence,

Respondent.

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION, CONSTRUING
HABEAS ACTION AS *BIVENS* ACTION, AND
INSTRUCTING APPLICANT TO CURE DEFICIENCIES

---

Applicant, Jose L. Sanchez-Hernandez, is a prisoner in the custody of the United States Bureau of Prisons (BOP), who currently is incarcerated at FCI Florence. Mr. Sanchez-Hernandez filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. He failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. The Court, however, has determined that the action is deficient for other reasons as described in this Order. Notwithstanding the deficiencies, the Clerk of the Court will be directed to commence a civil action. Any papers that Mr. Sanchez-

Hernandez files in response to this Order must include the civil action number on the Order.

The Court has reviewed the Application and finds that Mr. Sanchez-Hernandez is asserting civil rights claims rather than habeas corpus claims. Mr. Sanchez-Hernandez complains that prison staff continues to deny him adequate medical care and needed surgery for the injuries he has incurred while incarcerated. "The essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." *See Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973). Generally, a federal prisoner's challenge to his conditions of confinement is cognizable under **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971). *See, e.g., Richards v. Bellmon*, 941 F.2d 1015, 1018 (10th Cir. 1991).

Mr. Sanchez-Hernandez will be directed to complete the proper, Court-approved form used for filing a Prisoner Complaint and submit the completed form to the Court if he wishes to pursue his claims. Mr. Sanchez-Hernandez must allege, simply and concisely, the specific claims for relief he is asserting and against whom those claims are asserted.

Mr. Sanchez-Hernandez also will be required to submit to the Court a completed Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form and a certified copy of his inmate trust fund account statement for the six months prior to the filing of the instant action, if he desires to proceed *in forma pauperis*.

Otherwise, he will be required to pay the $350.00 filing fee prior to proceeding in the action. Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that the action is construed as a civil rights action filed pursuant to ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971), rather than a habeas corpus action filed pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that **within thirty days from the date of this Order** Mr. Sanchez-Hernandez shall complete and file a Prisoner Complaint with the Court. It is

FURTHER ORDERED that **within thirty days from the date of this Order** Mr. Sanchez-Hernandez, if he desires to proceed *in forma pauperis*, shall complete and file with the Court a Prisoner's Motion and Affidavit. In the alternative he may pay the $350.00 filing fee in full. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Sanchez-Hernandez two copies of the following forms: Prisoner Complaint; Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Mr. Sanchez-Hernandez fails to comply with this Order, **within thirty days from the date of this Order**, the action will be dismissed without further notice. It is

FURTHER ORDERED that the Court will not review the merits of Mr. Sanchez-Hernandez's claims until he has complied with this Order.

DATED at Denver, Colorado, this 11th day of August, 2008.

BY THE COURT:

/s/ Craig B. Shaffer
BOYD N. BOLAND
United States Magistrate Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '08-CV-01711

Jose L. Sanchez-Hernandez
Reg. No. 06405-046
FCI - Florence
PO Box 6000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on 8/13/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk