IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01711-BNB

JOSE L. SANCHEZ-HERNANDEZ,

Plaintiff,

v.

J. M. WILNER, Warden, FCI Florence,

Defendant.

## ORDER OF DISMISSAL

Plaintiff Jose L. Sanchez-Hernandez is in the custody of the United States Bureau of Prisons and currently is incarcerated at FCI Florence in Florence, Colorado. Mr. Sanchez-Hernandez initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. In the Application, Mr. Sanchez-Hernandez asserts that he was assaulted and nearly killed by gang members. He further contends that prison staff refuses to house him in units or facilities separate from gang members.

In an order entered on August 13, 2008, Magistrate Judge Boyd N. Boland found that Mr. Sanchez-Hernandez is asserting civil rights claims rather than habeas corpus claims. Relying on *Richards v. Bellmon*, 941 F.2d 1015, 1018 (10th Cir. 1991), Magistrate Judge Boland construed this action as filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and instructed Mr. Sanchez-Hernandez to submit his claims on a Court-approved form used

in filing prisoner complaints. Mr. Sanchez-Hernandez also was instructed to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified copy of his inmate trust fund account statement for the six months prior to the filing of the instant action, if he desired to proceed *in forma pauperis*.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Upon review of the 28 U.S.C. § 2241 application form that Mr. Sanchez-Hernandez submitted, the Court finds like Magistrate Judge Boland that the Mr. Sanchez-Hernandez's claims more properly are asserted in a prisoner complaint. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 24 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01711-BNB

Jose L. Sanchez-Hernandez
Reg. No. 06405-046
FCI - Florence
PO Box 6000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/26/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk